United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 4, 2006**

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-20368
_____

DUNBAR HOLDINGS LTD;
PRODUCTION SERVICES INTERNATIONAL LTD,

Plaintiffs-Appellants,

versus

THE HEIL CO; ET AL.,

Defendants,

THE HEIL CO,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
Docket No. 4:02-CV-2589

_____

Before JONES, Chief Judge, and BARKSDALE and BENAVIDES, Circuit
Judges.

PER CURIAM:[*]

     This court, having reviewed the parties' briefs and
pertinent portions of the record in light of the parties' excellent
oral arguments, concludes there is no reversible error of law in
the district court's decision.  We AFFIRM the judgment for
essentially the reasons stated by the trial court.

**AFFIRMED.**

---

     [*]    Pursuant to 5TH CIR. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.